UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>SANITARY AND IMPROVEMENT DISTRICT<br>NO. 268 OF SARPY COUNTY, NEBRASKA | Case No: BK 12-80115<br><br>CHAPTER 9<br><br>ORDER APPROVING INTERIM PLAN OF ADJUSTMENT |

The Debtor's motion pursuant to Rules 9006(c)(1) of the Federal Rules of Bankruptcy Procedure and Local Rule 9006-1 for the entry of an *ex parte* expedited ruling approving the Debtor's Interim Plan of Adjustment is hereby approved. The Court further finds that:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue for this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The sole impaired creditor consented to and joined in the submission of the Interim Plan of Adjustment.

3. This expedited ruling is in the best interest of the Debtor and its sole impaired creditor.

IT IS ORDERED the Debtor's Interim Plan of Adjustment filed August 2, 2013 is hereby approved.

DATED: August 6, 2013

-1-

-2-

By the Court:

/s/Timothy J. Mahoney
Judge Timothy J. Mahoney

Notice provided by the Court to:
US Trustee
*Brian Doyle

Movant (*) shall provide notice to any other parties, if required by rule or statute.

BK 12-80115  ORDER APPROVING INTERIM PLAN OF ADJUSTMENT Page 2