IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>SANITARY AND IMPROVEMENT DISTRICT NO. 268 OF SARPY COUNTY, NEBRASKA | ) Case No: BK 12-80115<br>)<br>)     REPORT ON BALLOTS<br>)<br>)<br>)<br>) |

1. There is one total creditor of the District holding all of the construction/bond fund warrants of the District impaired by this Plan.

2. Acceptances have been received from all the Creditors of the Debtor and those acceptances total 100% of the debt of the Debtor.

The Debtor, by counsel, submits that pursuant to the foregoing, sufficient acceptances have been received to confirm the Plan filed of even date herewith.

Dated:  April 8, 2016            .

                                                      SANITARY AND IMPROVEMENT DISTRICT NO. 268 OF SARPY COUNTY, NEBRASKA,

                                                      By:   /s/Brian C. Doyle
                                                          Brian C. Doyle (#23001)
                                                          Fullenkamp, Doyle & Jobeun
                                                          11440 West Center Road
                                                          Omaha, Nebraska 68144
                                                          (402) 334-0700
                                                          Fax: (402)-334-0815
                                                          brian@fdjlaw.com

-2-

Attorney for said Debtor