ntcnc (04/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

Sanitary and Improvement District No. 268 of Sarpy

Debtor(s)

Bankruptcy Proceeding No. 12–80115–TLS
Chapter 9

Judge: Thomas L. Saladino

## NOTICE OF NONCOMPLIANCE

ISSUE:    Chapter 9 Plan

ATTY:    Brian Doyle

Movant has failed to comply with Neb. R. Bankr. P. 9013–1.

Movant has 14 days to comply, or the document listed above will be considered abandoned.

Dated: 4/11/16

Diane Zech
Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to the movant.